UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
        Plaintiff

                v.                          CRIMINAL NO. 97CR091-09(JAF)

EDGARDO ROSARIO-BURGOS
        Defendant

NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

    Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Restitution imposed in this case has been satisfied in full by defendant Edgardo Rosario-Burgos.

    I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

    In San Juan, Puerto Rico, this 27th  day of July, 2007.

                              ROSA EMILIA RODRIGUEZ VELEZ
                              UNITED STATES ATTORNEY


                    S/   REBECCA VARGAS VERA
                         Assistant U.S. Attorney
                         Financial Litigation Unit
                         USDC ID NO.  203307
                         Torre Chardon, Suite 1201
                         350 Carlos Chardon Street
                         San Juan, Puerto Rico  00918
                         Tel. 766-5656